**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**SMITH KRIVOSHEY, P.C.**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street
Suite 1500, #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Email: yeremey@skclassactions.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN MUKADAM, ANASTASIA OVERTON, HEIDI WOLLERMAN, SHARA JONES, MARGARET HOLT, ALISON NIBBELINK, JOHN KRESL, and BEN ROBERSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE THOMAS DAVE AND GT'S LIVING FOODS, LLC,<br><br>Defendants. | Case No. 2:23-cv-10514-ODW-SK<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Honorable Otis D. Wright II |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
CASE NO. 2:19-cv-10920-FMO-GJS

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that: "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As such, Plaintiffs Robin Mukadam, Anastasia Overton, Heidi Wollerman, Shara Jones, Margaret Holt, Alison Nibbelink, John Kresl, and Ben Roberson hereby voluntarily dismiss their claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:  April 23, 2024          Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   _/s/ L. Timothy Fisher_

L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com

**SMITH KRIVOSHEY, P.C.**
Yeremey O. Krivoshey (State Bar No. 295032)
166 Geary Street
Suite 1500, #1507
San Francisco, CA 94108
Telephone: 415-839-7077
Email: yeremey@skclassactions.com

**ZIMMERMAN REED LLP**
Jeff Westerman (SBN 94559)
6420 Wilshire Blvd, Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile:  (877) 500-8781
E-Mail:  Jeff.Westerman@zimmreed.com

*Counsel for Plaintiffs*